lants.— Appeal dismissed, unless appellants shall file and serve printed papers and briefs by September twenty-ninth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KWIATKOWSKI, Appellant.— Appeal ordered ready for argument on October third. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ELMER E. KROLL, Respondent, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Motion to dismiss appeal denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DOMINICK DI NOTO, Appellant, v. INDUSTRIAL FIRE INSURANCE COMPANY OF AKRON, OHIO, Respondent.— Appeal dismissed, unless ready for argument October first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FRED L. BLUM, Respondent, v. CITY OF ROCHESTER, Appellant.— Appeal dismissed, unless ready for argument October first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH BLEIER, Respondent, v. EVA MAE BLEIER, Appellant.— Appeal dismissed, unless ready for argument November eleventh. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE D. CORNELIUS, Appellant, v. WILLIAM CHRIST, Respondent.— Appeal dismissed, unless ready for argument November eleventh. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PHOEBE M. DAVIS, Respondent, v. MARY A. BICKLE, as Administratrix, etc., of MARY A. NORTHUM, Deceased, Appellant.— Appeal dismissed, unless ready for argument October second. Present— Sears, P. J., Crouch, Taylor, Edgcomb, and Crosby, JJ.

## FIRST DEPARTMENT, OCTOBER, 1930.

CHARLES E. CAMERON v. PURDUE REALTY CORPORATION, Impleaded, etc.— Motion to dismiss appeal denied on condition that appellant serve and file his points on appeal on or before October 18, 1930, and argue or submit the appeal at the November, 1930 term. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN FULLAM v. WAGNER S. KELLY.— Preference granted for October 17, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TRINITY DANISH YOUNG PEOPLE'S SOCIETY, INC., v. AAGE HANSEN and Others, Impleaded, etc.— Motion for preference denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROYAL INDEMNITY COMPANY v. ABRAHAM HELLER and Others.— Motion denied, with ten dollars costs. Order entered July 28, 1930, vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of CHARLES MEADS & COMPANY for an Order Fixing Amount of Undertaking to Be Given by It for the Discharge of a Lien against a Public Improvement, Filed by GUST WICKBERG & SON, Affecting the Moneys Due and to Become Due to Said Contractor under Its Contract with THE CITY OF NEW YORK.— Motion granted on condition that appellant perfect appeal at once and argue or submit same on October 24, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.